**maximus**

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

**CMS**

July 28, 2023

[illegible]

[redacted]

Dear Linden N Buzzell:

The Centers for Medicare & Medicaid Services (CMS), the federal agency that manages the Medicare program, and Maximus Federal Services, Inc. (Maximus), are writing to inform you of an incident involving your personal information related to services provided by Maximus. Maximus is a CMS contractor that provides appeals services in support of the Medicare program.

The incident involved a security vulnerability in the MOVEit software, a third-party application which allows for the transfer of files during the Medicare appeals process. Maximus is among the many organizations in the United States that have been impacted by the MOVEit vulnerability.

We are sending you this letter so that you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services and, if your Medicare Beneficiary Identifier (MBI) was impacted, will be giving you a new Medicare card with a new Medicare Number. *This does not impact your current Medicare benefits or coverage.*

***What Happened?***

Our understanding is as follows: On May 30, 2023, Maximus detected unusual activity in its MOVEit application. Maximus began to investigate and stopped all use of the MOVEit application early on May 31, 2023. Later that same day, the third-party application provider, Progress Software Corporation, announced that a vulnerability in its MOVEit software had allowed an unauthorized party to gain access to files across many organizations in both the government and private sectors.

Maximus notified CMS of the incident on June 2, 2023. To date, the ongoing investigation indicates that on approximately May 27 through 31, 2023, the unauthorized party obtained copies of files that were saved in the Maximus MOVEit application, but that no CMS system has been compromised. After notifying CMS, Maximus then began to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

We have determined that your personal and Medicare information was involved in this incident. This information may have included the following:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number, Fax Number, & Email Address
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Medical History/Notes (including medical record/account numbers, conditions, diagnoses, dates of service, images, treatments, etc.)
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information
- Health Benefits & Enrollment Information

***What Are We Doing?***

When the incident was discovered, Maximus began an investigation, took the MOVEit application offline, applied MOVEit software patches, and notified law enforcement. CMS is continuing to investigate this incident in coordination with Maximus and will take all appropriate actions to safeguard the information entrusted to CMS.

***What Can You Do?***

1) Enroll in Experian Identity and Credit Monitoring Services
Maximus is offering a complimentary 24 months of credit monitoring and other services from Experian at no cost to you. You do **not** need to use your credit card or any other form of payment to enroll in the service.

**Please see Attachment #1** for information on how to utilize your free Experian Services.

2) Obtain a Free Credit Report
Under federal law, you are entitled to one free credit report every 12 months from each of the three major nationwide credit reporting companies listed below. Call 1-877-322-8228 or request your free credit reports online at www.annualcreditreport.com. When you receive your credit reports, review them for problems. Identify any accounts you didn't open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company.

Even if you don't find any suspicious activity on your initial credit reports, the Federal Trade Commission (FTC) recommends that you still check your credit reports periodically. Checking your credit report periodically can help you spot problems and address them quickly.

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

**Please see Attachment #2** for additional steps you can take to protect your information.

3) Continue to Use Your Existing Medicare Card
At this time, we are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. However, if your MBI was impacted, a new Medicare card with a new number will be issued to you. CMS will mail the new card to your address in the coming weeks. In the meantime, you can continue to use your existing Medicare card. After you get your new card, you should:
   a. Follow the instructions in the letter that comes with your new card.
   b. Destroy your old Medicare card.
   c. Inform your providers that you have a new Medicare Number.

**For More Information**

We take the privacy and security of your Medicare information very seriously. CMS and Maximus apologize for the inconvenience this privacy incident might have caused you.

f you have any further questions regarding this incident, please call the Experian dedicated and onfidential toll-free response line at 833-919-4749. This response line is staffed with professionals miliar with this incident who know what you can do to protect against misuse of your information. e response line is available Monday through Friday from 8 am – 10 pm Central, or Saturday and nday from 10 am – 7 pm Central (excluding major U.S. holidays).

can also call 1-800-MEDICARE (1-800-633-4227) with any general questions or concerns abo icare.

erely,

ximus Privacy Office

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

**Please see Attachment #2** for additional steps you can take to protect your information.

3) Continue to Use Your Existing Medicare Card
At this time, we are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. However, if your MBI was impacted, a new Medicare card with a new number will be issued to you. CMS will mail the new card to your address in the coming weeks. In the meantime, you can continue to use your existing Medicare card. After you get your new card, you should:
a. Follow the instructions in the letter that comes with your new card.
b. Destroy your old Medicare card.
c. Inform your providers that you have a new Medicare Number.

**For More Information**

We take the privacy and security of your Medicare information very seriously. CMS and Maximus apologize for the inconvenience this privacy incident might have caused you.

f you have any further questions regarding this incident, please call the Experian dedicated and onfidential toll-free response line at 833-919-4749. This response line is staffed with professionals miliar with this incident who know what you can do to protect against misuse of your information. e response line is available Monday through Friday from 8 am – 10 pm Central, or Saturday and nday from 10 am – 7 pm Central (excluding major U.S. holidays).

can also call 1-800-MEDICARE (1-800-633-4227) with any general questions or concerns abo icare.

erely,

ximus Privacy Office

**Attachment 1: Credit Monitoring and Experian IdentityWorks℠ Membership Information**

**What you can do:**
To help protect your identity, we are offering complimentary access to fraud detection and identity restoration services with Experian IdentityWorks℠ for 24 months.

If you believe there was fraudulent use of your information because of this incident and would like to discuss how you may be able to protect against those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

*Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time.* The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

*While identity restoration assistance is* immediately available to you, we also encourage you to activate *the fraud detection tools available* through Experian IdentityWorks as a complimentary 24-month *membership. This product* provides you with superior identity detection and resolution of identity theft. *To start monitoring your personal information,* please follow the steps below:

- *Ensure* that you **enroll by** November 30, 2023 (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your **activation code**: **TJZ52B867**

If you have questions about the product, need assistance with Identity Restoration that happened because of this incident, or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 833-919-4749 by November 30, 2023. Be prepared to provide engagement number **B098319** as proof of eligibility for the Identity Restoration services by Experian.

**Additional details regarding your 24-month Experian IdentityWorks membership:**
A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- ***Experian credit report at signup:*** See what information is associated with your credit file. Daily credit reports are available for online members only*
- ***Credit Monitoring:*** Actively monitors Experian file for indicators of fraud.
- ***Identity Restoration:*** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- ***Experian IdentityWorks ExtendCARE™:*** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- ***$1 Million Identity Theft Insurance**:*** Provides coverage for certain costs and unauthorized
electronic fund transfers.

## Attachment 1: Additional Information

Below are additional helpful tips you may want to consider to protect your personal information.

It is good practice to remain vigilant by reviewing your financial statements and accounts for signs of suspicious transactions and activities. Report any indications of suspected fraud or identity theft to local law enforcement, your State's Attorney General's office, or the Federal Trade Commission ("FTC").

**Federal Trade Commission** Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580
1-877-FTC-HELP (382-4357) / www.ftc.gov/idtheft

**For Maryland residents:** You may contact the Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, www.marylandattorneygeneral.gov, 1-888-743-0023.

**For Kentucky residents:** You may contact the Kentucky Office of the Attorney General, Office of Consumer Protection, 1024 Capital Center Drive, Suite 200, Frankfort, Kentucky 40601, www.ag.ky.gov, 1-855-813-6508.

For other residents, you may find information on how to contact your state attorney general by visiting www.naag.org/find-my-ag/

Fraud Alert and Security Freeze Information

You may consider placing a free "Fraud Alert" on your credit file. Fraud Alerts tell potential credit grantors of possible fraudulent activity and to verify your identification before extending credit in your name. A Fraud Alert can make it more difficult for someone to get credit in your name, but also may delay your ability to obtain credit. Fraud alerts generally last one year. Identity theft victims can get an extended fraud alert for seven years.

Call only one of the following nationwide credit reporting companies to place your Fraud Alert. As soon as the credit reporting company confirms your Fraud Alert, they will forward your alert request to the other two nationwide credit reporting companies.

Equifax
PO Box 740256
Atlanta, GA 30374
www.equifax.com/personal/credit-report-services/credit-fraud-alerts/
1-800-525-6285

TransUnion
PO Box 2000
Chester, PA 19016
www.transunion.com/fraud-alerts
1-800-680-7289

Experian
PO Bo 9554
Allen, TX 75013
www.experian.com/fraud
1-888-397-3742

You also have the right to request a free Security Freeze (aka "Credit Freeze") on your credit file by contacting each of the three nationwide credit reporting companies via the channels outlined below. A Credit Freeze can make it more difficult for someone to get credit in your name, but also may delay your ability to obtain credit. You may also contact any of the credit reporting companies or the FTC for more information regarding Fraud Alerts and security freezes.

Equifax Security Freeze
PO Box 105788
Atlanta, GA 30348
www.equifax.com/personal/credit-report-services/credit-freeze/
1-800-349-9960

TransUnion Security Freeze
PO Box 2000
Chester, PA 19016
www.transunion.com/freeze
1-888-909-8872

Experian Security Freeze
PO Bo 9554
Allen, TX 75013
www.experian.com/freeze
1-888-397-3742